# Third District Court of Appeal

## State of Florida

Opinion filed January 10, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1229
Lower Tribunal No. 17-231-A-K

_____


**Shane Arthur Stevens,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal from the Circuit Court for Monroe County, Mark H. Jones, Judge.

Shane Arthur Stevens, in proper person.

Ashley Moody, Attorney General, for appellee.


Before LOGUE, C.J., and EMAS and BOKOR, JJ.

PER CURIAM.

Finding no preliminary basis for reversal, we summarily affirm the order under review.  Fla. R. App. P. 9.315(a).

Affirmed.